| | |
|---|---|
| 1 | Matthew R. Bainer, Esq. (S.B. #220972) |
|   | Hannah R. Salassi, Esq. (S.B. #230117) |
| 2 | **SCOTT COLE & ASSOCIATES, APC** |
|   | 1970 Broadway, Ninth Floor |
| 3 | Oakland, California 94612 |
|   | Telephone:    (510) 891-9800 |
| 4 | Facsimile:      (510) 891-7030 |
|   | Email: mbainer@scalaw.com |
| 5 | Email: hsalassi@scalaw.com |
|   | Web:    www.scalaw.com |
| 6 | |
|   | Attorneys for Representative Plaintiff |
| 7 | and the Plaintiff Class |
| 8 | Douglas J. Farmer (SBN 139646) |
|   | E-mail: douglas.farmer@ogletreedeakins.com |
| 9 | Michael J. Nader (SBN 200425) |
|   | E-mail: Michael.nader@ogletreedeakins.com |
| 10 | Christopher M. Ahearn (SBN 239089) |
|   | E-mail: chris.ahearn@ogletreedeakins.com |
| 11 | **OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.** |
|   | Steuart Tower, Suite 1300 |
| 12 | One Market Plaza |
|   | San Francisco, California 94105 |
| 13 | Telephone: (415) 442-4810 |
|   | Facsimile: (415) 442-4870 |
| 14 | |
|   | Attorneys for Defendant |
| 15 | KRAFT FOODS GROUP, INC. (erroneously sued as |
|   | KRAFT FOODS GLOBAL, INC.) |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GILBERT SALINAS, individually, and on behalf of all others similarly situated, | Case No. 12-CV-02894-CW |
| | **CLASS ACTION** |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING CLASS CERTIFICATION AND MOTION FOR SUMMARY JUDGMENT BRIEFING SCHEDULE** |
| vs. | |
| KRAFT FOODS GLOBAL, INC., and DOES 1 through 100, inclusive, | |
| Defendants. | |

-1-
Stipulation And [Proposed] Order Continuing Briefing Schedules

Plaintiff Gilbert Salinas ("Plaintiff") and Defendant Kraft Foods Group, Inc. ("Defendant"), by and through their respective counsel of record named herein, hereby stipulate as follows:

**WHEREAS,** the parties have agreed to attend private mediation on January 8, 2013;

**WHEREAS,** this Court set the following deadlines regarding class certification and summary judgment at the September 5, 2012 Case Management Conference: Defendant's limited Motion for Summary Judgment filed no later than January 10, 2013 and hearing on February 14, 2013; Plaintiff's Motion for Class Certification filed no later than April 4, 2013 and hearing on May 9, 2013. (*see Dckt No.* 19);

**WHEREAS,** the parties have informally agreed to postpone any additional discovery efforts, including any depositions, as well as any meet and confer efforts regarding the written discovery currently being exchanged, until immediately after the mediation session;

**WHEREAS,** should mediation prove unsuccessful, the parties will require the completion of substantial meet and confer efforts, as well as additional written discovery and depositions in preparation for Defendant's Motion for Summary Judgment and Plaintiff's Motion for Class Certification;

**WHEREAS,** the parties will have insufficient time to complete such discovery, should mediation fail, under the current briefing schedule;

**WHEREAS,** there have been no prior modifications to the briefing schedules referenced herein; and

**THEREFORE,** the parties, through their undersigned respective counsel, stipulate and request that the Court hereby continue the briefing schedules as follows:

- Defendant's Motion for Summary Judgment due: May 10, 2013;
- Plaintiff's Motion for Class Certification due: July 4, 2013;
- Hearing Dates: *To be set by the Court*

///
///
///

**IT IS SO STIPULATED.**

Dated: November 26, 2012

**SCOTT COLE & ASSOCIATES, APC**

By: /s/ Hannah R. Salassi
Hannah R. Salassi, Esq.
Attorneys for the Representative Plaintiff
and the Plaintiff Class

Dated: November 26, 2012

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

By: /s/ Christopher M. Ahearn
Douglas J. Farmer
Michael J. Nader
Christopher M. Ahearn
Attorneys for Defendant
KRAFT FOODS GROUP, INC. (erroneously sued as KRAFT FOODS GLOBAL, INC.)

| | |
|---|---|
| 1 | **[PROPOSED] ORDER** |

**IT IS HEREBY ORDERED** that:

The briefing schedules for Plaintiff and Defendant are hereby continued as follows:

- Defendant's Motion for Summary Judgment due:      May 10, 2013
- Hearing on Motion for Summary Judgment:      June 20, 2013
- Plaintiff's Motion for Class Certification due:      July 4, 2013;
- Hearing on Motion for Class Certification:      August 8, 2013

For good cause shown, **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 11/27/2012

_____
The Honorable Claudia Wilken
United States District Judge

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE TOWER BUILDING
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800