UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| GILBERT SALINAS, | |
|---|---|
| Plaintiff, | Case No. 12-cv-02894-JST |
| v. | **ORDER TO FILE STIPULATION OF DISMISSAL** |
| KRAFT FOODS GLOBAL, INC., | Re: Dkt. No. 27 |
| Defendant. | |

The parties stated on the record on May 21, 2013, that they have settled this action. *See* Dkt. No. 27. Accordingly, all deadlines and hearings in this case are VACATED. By July 5, 2013, the parties shall file either a stipulation of dismissal or a one-page joint statement explaining why they failed to comply with this Order.

Any continuance of the deadline set in this Order requires a showing of good cause. Failure to comply with that deadline may result in sanctions.

**IT IS SO ORDERED**.

Dated: May 22, 2013

_____
JON S. TIGAR
United States District Judge