UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERT SALINAS,<br><br>       Plaintiff,<br><br>    v.<br><br>KRAFT FOODS GLOBAL, INC.,<br><br>       Defendant. | Case No. 12-cv-02894-JST<br><br>**ORDER TO FILE STIPULATION OF DISMISSAL**<br><br>Re: Dkt. No. 27 |

The parties stated on the record on May 21, 2013, that they have settled this action. *See* Dkt. No. 27. Accordingly, all deadlines and hearings in this case are VACATED. By July 5, 2013, the parties shall file either a stipulation of dismissal or a one-page joint statement explaining why they failed to comply with this Order.

Any continuance of the deadline set in this Order requires a showing of good cause. Failure to comply with that deadline may result in sanctions.

**IT IS SO ORDERED**.

Dated: May 22, 2013

                                                JON S. TIGAR
                                     United States District Judge