UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERT SALINAS,<br><br>    Plaintiff,<br><br>    v.<br><br>KRAFT FOODS GLOBAL, INC.,<br><br>    Defendant. | Case No. 12-cv-02894-WHO<br><br>**ORDER DIRECTING PLAINTIFFS' COUNSEL TO SUBMIT SUPPLEMENTAL BILLING RECORDS**<br><br>Re: Dkt. No. 44 |

On October 9, 2013, plaintiffs filed a motion for final approval of class action settlement in this matter. Dkt. No. 44. The motion will be heard on November 13, 2013. Plaintiffs' motion included a "Lodestar Summary Report" purporting to show the total billing hours, billing rate, and total fees for each attorney, calculated by multiplying the hours by the rate. *See* Dkt. No. 44-2.

The plaintiffs' Lodestar Summary Report does not contain sufficient specificity for the Court to conduct a lodestar cross-check. By October 30, 2013, plaintiffs shall submit unredacted contemporaneous billing records supporting the Lodestar Summary Report for *in camera* review. Also by October 30, 2013, plaintiffs shall file, in the public record, a summary of tasks completed by each billing attorney and the total amount of time spent on that task by that attorney, e.g., Carrie Counsel: drafting complaint (5.4 hours); drafting responses to interrogatories (4.4 hours), etc.

**IT IS SO ORDERED**.

Dated: October 16, 2013



WILLIAM H. ORRICK
United States District Judge